NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KEVIN D. KINDER,         )
          )
    Appellant,        )
          )
v.         )    Case No. 2D17-4059
          )
STATE OF FLORIDA,      )
          )
    Appellee.       )
_____)

Opinion filed March 2, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Kevin D. Kinder, pro se.


PER CURIAM.

    Affirmed.


SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.